UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

ANITA COLLINS

  Plaintiff,

v.                    Case No. 3:15-cv-00031-DLB

CACH, LLC,
FIRST PREMIER BANK,
GLA COLLECTION CO., INC.,
LVNV FUNDING, LLC,
MIDLAND CREDIT MANAGEMENT, INC.,
MIDLAND FUNDING, LLC,
PORTFOLIO RECOVERY ASSOCIATES, PLLC,
RESURGENT CAPITAL SERVICES, LP,
SOUTHWEST CREDIT SYSTEMS, LP, and
USCB CORPORATION,

  Defendants.

## NOTICE OF SETTLEMENT

  Please take notice that the Plaintiff, Anita Collins, and the Defendant, CACH, LLC, have reached a settlement in this matter. When the settlement is final, the parties shall file an Agreed Order of Dismissal, which shall finally conclude the claims and the defenses that are in issue between them herein with prejudice.

Respectfully submitted,

MAPOTHER & MAPOTHER, P.S.C.


/s/ John R. Tarter
John R. Tarter
815 W. Market Street, Suite 500
Louisville, Kentucky 40202
(502) 271-4251 Telephone
(502) 587-5454 Facsimile
jtarter@mapother-atty.com
Counsel for the Defendant, CACH, LLC


**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing has been served, by electronic transmission of same through the Court's CM/ECF system and first class mail, postage prepaid, to:

**Electronic Notification**: James H. Lawson, Lawson at Law, PLLC, 113 S. Sherrin Avenue, Suite 4, Louisville, Kentucky, 40223, counsel for the plaintiff, John Martin,Boyd William Gentry, Law Office of Boyd W. Gentry, LLC, 2661 Commons Boulevard, Suite 100, Beavercrek, Ohio, 45431, counsel for defendant Southwest Credit Systems, Inc., Ronald Scott Canter, The Law Offices of Ronald S. Canter, PLLC, 200A Monroe Street, Suite 104, Rockville, Maryland, 20850, counsel for defendant USCB Corporation, William E. Smith III, Kightlighter & Gray, LLP, 3620 Blackiston Boulevard, Suite 200, New Albany, Indiana, 47150, counsel for defendant GLA Collection Co. Inc., Joseph N. Tucker, R. Brooks Herrick, Dinsmore & Shohl, LLP, 101 S. Fifth Street, Suite 2500, Louisville, Kentucky, 40202, counsel for defendant, Portfolio Recovery Associates, and Reid S. Manley, Burr & Forman, LLP, 420 North 20th Street, Suite 3400, Birmingham, Alabama, 35203, counsel for defendant Midland Credit Management, Inc. and Midland Funding, LLC.

**First Class Mail:** First Premier Bank, 601 South Minnesota Avenue, Sioux Falls, South Dakota, 57104, defendant, LVNV Funding, LLC, c/o Corporation Service Company, 2711 Centerville Road, Suite 400, Wilmington, Delaware, 19808, defendant, and Resurgent Capital Services, LP, c/o CSC-Lawyers Incorporating Service Co., 421 W. Main Street, Frankfort, Kentucky, 40601.

on this the 20th day of April, 2015,


/s/ John R. Tarter
John R. Tarter