**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT LONDON**

**CIVIL ACTION NO. 15-31-DLB**

**ANITA COLLINS**                                                                                   **PLAINTIFF**


**vs.**                                                **ORDER**


**CACH, LLC, et al.**                                                                            **DEFENDANTS**

*********************

This matter is before the Court upon Plaintiff Anita Collins' Notice of Voluntary Dismissal.  (Doc. # 35).  In her Notice, she informs the Court that pursuant to Fed. R. Civ. P. 41 she is dismissing, with prejudice, her claims against Defendants First Premier Bank, LVNV Funding, LLC, and Resurgent Capital Services, L.P.  *Id.*  Accordingly, and the Court being sufficiently advised,

It is **HEREBY ORDERED** that Plaintiff Anita Collins' claims against Defendants First Premier Bank, LVNV Funding, LLC, and Resurgent Capital Services, L.P. are **DISMISSED** with prejudice.

This 22nd day of May, 2015.



Signed By:
*David L. Bunning*
United States District Judge

G:\DATA\ORDERS\London\2015\15-31 order dismissal 2.wpd