## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF KENTUCKY (London)
## CIVIL CASE #6:15-cv-00031-DLB

**Anita Collins**               )
                                )
    Plaintiff           )
                                )
vs.                             )
                                )
**CACH, LLC,**                  )
**First Premier Bank,**         )
**GLA Collection Co. Inc.**     )
**LVNV Funding, LLC**           )
**Midland Credit Management, Inc.** )
**Midland Funding, LLC**        )
**Portfolio Recovery Associates, LLC** )
**Resurgent Capital Services, LP** )
**Southwest Credit Systems, LP** )
**USCB Corporation**            )
                                )
    Defendants          )

### STIPULATION OF DISMISSAL WITH PREJUDICE

The parties herein, by and through counsel, stipulate that the above-entitled matter be entered as settled and dismissed as to Defendant USCB Corporation only. Each party will be responsible for paying its own costs, expenses and attorney fees.

| LAWSON AT LAW, PLLC | THE LAW OFFICES OF RONALD S. CANTER, LLC |
|---|---|
| /s/ James Hays Lawson | /s/ Ronald S. Canter |
| James Hays Lawson, Esquire | Ronald S. Canter, Esquire |
| *(With Permission)* | 200A Monroe Street, Suite 104 |
| 115 S Sherrin Avenue, Suite 4 | Rockville, Maryland 20850 |
| Louisville, KY 40207 | Telephone: (301) 424-7490 |
| Hays.lawson@ky.gov | Facsimile: (301) 424-7470 |
| *Attorney for Plaintiff* | E-Mail: rcanter@roncanterllc.com |
| | *Attorney for USCB Corporation* |

6/3/15



Signed By:
David L. Bunning
United States District Judge