**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION**

| | | |
|---|---|---|
| **ANITA COLLINS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **CACH, LLC, FIRST PREMIER BANK,** | ) | |
| **GLA COLLECTION CO., INC., LVNV** | ) | |
| **FUNDING, LLC, MIDLAND CREDIT** | ) | **CIVIL ACTION NO. 6:15-cv-00031-DLB** |
| **MANAGEMENT, INC., MIDLAND** | ) | |
| **FUNDING, LLC, PORTFOLIO** | ) | |
| **RECOVERY ASSOCIATES, LLC,** | ) | |
| **RESURGENT CAPITAL SERVICES, LP,** | ) | |
| **SOUTHWEST CREDIT SYSTEMS, LP,** | ) | |
| **USCB CORPORATION,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## JOINT NOTICE OF SETTLEMENT

**COME NOW** plaintiff Anita Collins ("Plaintiff") and defendants Midland Funding, LLC

("Midland Funding") and Midland Credit Management, Inc. ("MCM") (collectively, "the

parties"), by and through their undersigned counsel, and hereby notify the Court that a tentative

settlement agreement has been reached between the parties.  The parties are presently drafting,

finalizing, and executing the settlement and dismissal documents.  The parties request forty-five

(45) days to finalize the settlement documents and to file a stipulation of dismissal with the

Court.  This notice of settlement does not affect Plaintiff's claims against any other defendant in

this case.

Respectfully submitted this 14th day of August, 2015.

*/s/ James H. Lawson*
James H. Lawson

24987222 v1

*Lawson at Law, PLLC*
115 Sherrin Avenue, Unit #4
Louisville, KY 40207
Phone: (502) 473-6525
Email: james@kyclc.com

Attorney for Plaintiff
ANITA COLLINS


*/s/ Reid S. Manley*
Reid S. Manley
Kentucky Bar No. 90360
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama  35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100
rmanley@burr.com

Attorney for Defendants
MIDLAND FUNDING, LLC AND MIDLAND
CREDIT MANAGEMENT, INC.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing document has been served on the following by Electronic Filing, and/or by U.S. First Class Mail, hand delivery, fax or email on this 14th day of July, 2015:

Boyd William Gentry
Law Office of Boyd W. Gentry, LLC
2661 Commons Boulevard
Suite 100
Beavercreek, OH 45431
Phone: (937) 839-2881
Facsimile:  (400) 839-5843
Email:  bgentry@boydgentrylaw.com
*Attorney for Southwest Credit Systems, Inc.*

William E. Smith, III
Kightlighter & Gray, LLP
3620 Blackiston Blvd., Suite 200
New Albany, IN 47150
Phone: (812) 949-2300
Email: wsmith@k-glaw.com
*Attorney for GLA Collection Co. Inc.*

Joseph N. Tucker
R. Brooks Herrick
Dinsmore & Shohl, LLP -- Louisville KY
101 S. Fifth Street, Suite 2500
Louisville, KY 40202
Telephone:  (502) 540-2360
Facsimile: (502) 585-2207
Email: joseph.tucker@dinsmore.com
Email: brooks.herrick@dinsmore.com
*Attorneys for Portfolio Recovery Associates*

*/s/ Reid S. Manley*
OF COUNSEL