**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LONDON DIVISION**

ANITA COLLINS,

                Plaintiff,

v().

CACH, LLC, FIRST PREMIER
BANK, GLA COLLECTION CO., INC,
LVNV FUNDING, LLC, MIDLAND
CREDIT MANAGEMENT, INC,
MIDLAND FUNDING, LLC,
PORTFOLIO RECOVERY
ASSOCIATES, LLC, RESURGENT
CAPITAL SERVICES, L.P.,
SOUTHWEST CREDIT SYSTEMS,
L.P., USCB CORPORATION,

                Defendants.

**Case 6:15-CV-31-DLB**

**NOTICE OF SETTLEMENT**

Please take notice that Plaintiff Anita Collins has resolved her dispute with Defendant Portfolio Recovery Associates, LLC ("PRA"). Plaintiff and PRA anticipate filing a Motion for Entry of an Agreed Order of Dismissal with Prejudice of the claims against PRA within thirty to forty-five days.

Respectfully submitted this 25th day of September, 2015.

                                     s/ R. Brooks Herrick
                                     Joseph N. Tucker, Esq.
                                     R. Brooks Herrick, Esq.
                                     DINSMORE & SHOHL LLP
                                     101 South Fifth Street
                                     Suite 2500
                                     Louisville, Kentucky  40202
                                     Phone: 502-540-2300
                                     Fax: 502-585-2207
                                     joseph.tucker@dinsmore.com
                                     brooks.herrick@dinsmore.com
                                     *Counsel for Defendant,*
                                     *Portfolio Recovery Associates, LLC*

## CERTIFICATE OF SERVICE

It is hereby certified that a copy of the foregoing was served to the persons at the addresses set forth below via the CM/ECF system this 25th day of September, 2015.

| | |
|---|---|
| James H. Lawson<br>Lawson at Law, PLLC<br>115 S. Sherrin Avenue<br>Suite 4<br>Louisville, KY 40207<br>Tel:   (502) 473-6525<br>Fax:   (502) 473-6561<br>james@kyclc.com<br>*Counsel for Plaintiff* | Reid Manley<br>Burr & Forman, LLP<br>420 N. 20th St.<br>Suite 3400<br>Birmingham, AL 35203<br>Tel:   (205) 251-3000<br>Fax:   (205) 244-5675<br>rmanley@burr.com<br>*Counsel for Defendants Midland Funding, LLC and Midland Credit Management* |
| Boyd W. Gentry<br>Law Office of Boyd W. Gentry, LLC<br>2661 Commons Boulevard<br>Suite 100<br>Beavercreek, OH 45431<br>Tel:   (937) 839-2881<br>Fax:   (800) 839-5843<br>bgentry@boydgentrylaw.com<br>*Counsel for Defendant Credit Southwest Credit Systems, L.P.* | William E. Smith, III<br>Kathryn L. Swany<br>Kightlinger & Gray, LLP<br>312 S. Fourth St.<br>Suite 700<br>Louisville, KY 40202<br>Tel:   (502) 442-2295<br>Fax:   (502) 442-2703<br>wsmith@k-glaw.com<br>*Counsel for Defendant GLA Collection Co., Inc.* |

                                        s/ R. Brooks Herrick
                                        *Counsel for Portfolio Recovery Associates, LLC*

9925284v1