UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON

| | |
|---|---|
| ANITA COLLINS | ) |
|       Plaintiff | ) |
| vs. | )   CASE NO. 6:15-cv-00031-DLB-HAI |
| CACH, LLC, et al | ) |
|       Defendant | ) |

## NOTICE OF SETTLEMENT

Defendant, GLA Collection Co., Inc., by and through its undersigned attorneys, William E. Smith, III of the law firm of Kightlinger & Gray, LLP hereby notifies this Honorable Court that it has reached a settlement with Plaintiff on this matter. Dismissal papers will be filed upon finalizing settlement.

Respectfully submitted,

KIGHTLINGER & GRAY, LLP

BY:   /s/ William E. Smith, III
       William E. Smith, III
       Counsel for Defendant, GLA Collection Co., Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 28, 2015, a copy of the foregoing **"Notice of Settlement"** was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

James H. Lawson – james@kyclc.com & hayslawson@insightbb.com (Counsel for Plaintiff)
Reid Stephens Manley - rmanley@burr.com (Counsel for Midland Credit Management, Inc.)
Joseph N. Tucker **-** joseph.tucker@dinsmore.com (Counsel for Portfolio Recovery Associates, LLC
Ronald Scott Canter - rcanter@roncanterllc.com (Counsel for USCB Corporation)
Boyd William Gentry - bgentry@boydgentrylaw.com (Counsel for Southwest Credit, LP)
John R. Tarter - jtarter@mapother-atty.com (Counsel for Cache, LLC)

/s/ William E. Smith, III
William E. Smith, III

KIGHTLINGER & GRAY, LLP
Bonterra Bldg., Suite 200
3620 Blackiston Boulevard
New Albany, IN   47150
PHONE:   (812) 949-2300
FAX:   (812) 949-8556
E-MAIL:   wsmith@k-glaw.com