IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

Eastern District of Kentucky
**FILED**
OCT 06 2015
AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

ANITA COLLINS, )
 )
      Plaintiff, )
 )
v. )
 )
CACH, LLC, FIRST PREMIER BANK, )
GLA COLLECTION CO., INC., LVNV )
FUNDING, LLC, MIDLAND CREDIT ) CIVIL ACTION NO. 6:15-cv-00031-DLB
MANAGEMENT, INC., MIDLAND )
FUNDING, LLC, PORTFOLIO )
RECOVERY ASSOCIATES, LLC, )
RESURGENT CAPITAL SERVICES, LP, )
SOUTHWEST CREDIT SYSTEMS, LP, )
USCB CORPORATION, )
 )
      Defendants. )

## AGREED ORDER DISMISSING CASE WITH PREJUDICE

It appearing to the court, as evidenced by the signatures of counsel for the Plaintiff Anita Collins ("Plaintiff") and Defendants Midland Funding, LLC ("Midland Funding") and Midland Credit Management, Inc. ("MCM") (collectively, the "Midland Defendants"), that the claims against the Midland Defendants should be dismissed with prejudice, with each party to bear its own costs and fees.

**IT IS THEREFORE ORDERED**, that all of Plaintiff's causes of action against the Midland Defendants in this action are **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and fees. This Order does not affect Plaintiff's claims against any other defendant in this case.

6 Oct 15.


Signed By:
David L. Bunning
United States District Judge

25349620 v1

APPROVED BY:

*/s/ James H. Lawson* (with permission)
James H. Lawson
*Lawson at Law, PLLC*
115 South Sherrin Avenue, Suite 4
Louisville, KY 40207
Telephone: (502) 473-6525
Facsimile: (502) 473-6561
james@kyclc.com

Attorney for Plaintiff
ANITA COLLINS


*/s/ Reid S. Manley*
Reid S. Manley
Kentucky Bar No. 90360
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100
rmanley@burr.com

Attorney for Defendants
MIDLAND FUNDING, LLC AND MIDLAND CREDIT
MANAGEMENT, INC.