UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

Eastern District of Kentucky
**F I L E D**

**NOV 1 0 2015**

AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

ANITA COLLINS,

Plaintiff,

v.

CACH, LLC, FIRST PREMIER
BANK, GLA COLLECTION CO., INC,
LVNV FUNDING, LLC, MIDLAND
CREDIT MANAGEMENT, INC,
MIDLAND FUNDING, LLC,
PORTFOLIO RECOVERY
ASSOCIATES, LLC, RESURGENT
CAPITAL SERVICES, L.P.,
SOUTHWEST CREDIT SYSTEMS,
L.P., USCB CORPORATION,

Defendants.

**Case 6:15-CV-31-DLB**

**JOINT STIPULATION OF
DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Anita Collins and

Defendant Portfolio Recovery Associates, LLC, hereby jointly request that this Court dismiss

Plaintiff's claims against Portfolio Recovery Associates, LLC with prejudice. The parties shall

bear their own costs and fees. This dismissal is not intended to and does not affect Plaintiff's

claims against any other defendant in this action.

Dated: November 2, 2015

/s/ James H. Lawson (w/ permission)
James H. Lawson, Esq.
LAWSON AT LAW, PLLC
115 S. Sherrin Ave., Suite 4
Louisville, KY 40207
Ph: (502) 473-6525
Fax: (502) 473-6561
Fax: (502) 257-7309
james@kyconsumerlaw.com
*Counsel for Plaintiff*

Dated: November 2, 2015

/s/ R. Brooks Herrick
Joseph N. Tucker, Esq.
R. Brooks Herrick, Esq.
DINSMORE & SHOHL LLP
101 South Fifth St., Suite 2500
Louisville, KY 40202
Ph: (502) 540-2300
Fax: (502) 585-2207
joseph.tucker@dinsmore.com
brooks.herrick@dinsmore.com
*Counsel for Defendant
Portfolio Recovery Associates, LLC*

## CERTIFICATE OF SERVICE

It is hereby certified that a copy of the foregoing was served via Electronic Filing to the person listed below this 2nd day of November 2015:

| | |
|---|---|
| James H. Lawson<br>Lawson at Law, PLLC<br>115 S. Sherrin Avenue<br>Suite 4<br>Louisville, KY 40207<br>Tel:     (502) 473-6525<br>Fax:     (502) 473-6561<br>james@kyclc.com<br>*Counsel for Plaintiff* | Reid Manley<br>Burr & Forman, LLP<br>420 N. 20th St.<br>Suite 3400<br>Birmingham, AL 35203<br>Tel:     (205) 251-3000<br>Fax:     (205) 244-5675<br>rmanley@burr.com<br>*Counsel for Defendants Midland Funding, LLC and Midland Credit Management* |
| Boyd W. Gentry<br>Law Office of Boyd W. Gentry, LLC<br>2661 Commons Boulevard<br>Suite 100<br>Beavercreek, OH 45431<br>Tel:     (937) 839-2881<br>Fax:     (800) 839-5843<br>bgentry@boydgentrylaw.com<br>*Counsel for Defendant Credit Southwest Credit Systems, L.P.* | William E. Smith, III<br>Kathryn L. Swany<br>Kightlinger & Gray, LLP<br>312 S. Fourth St.<br>Suite 700<br>Louisville, KY 40202<br>Tel:     (502) 442-2295<br>Fax:     (502) 442-2703<br>wsmith@k-glaw.com<br>*Counsel for Defendant GLA Collection Co., Inc.* |

s/ R. Brooks Herrick
*Counsel for Portfolio Recovery Associates, LLC*

9980061v1

IT IS SO ORDERED

6 Nov. 15.

Signed By:
David L. Bunning
United States District Judge