UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON

Eastern District of Kentucky
FILED

FEB 11 2016

AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

ANITA COLLINS )
)
    Plaintiff )
)
vs. ) CASE NO. 6:15-cv-00031-DLB
)
CACH, LLC, et al )
)
    Defendant )

### ORDER OF DISMISSAL

The parties' Stipulation of Dismissal having been submitted for the consideration of the Court and the Court being fully advised in the premises, and it appearing to the Court that matters in controversy in the above-entitled cause of action involving the Plaintiff, Anita Collins, and the Defendant, GLA Collection Co., Inc., including all claims contained in Plaintiff's Amended Complaint as directed against the Defendant, GLA Collection Co., Inc., have been fully compromised and settled, the Court now APPROVES the parties' Stipulation of Dismissal, and it is

**ORDERED** by the Court that this cause be and the same hereby is dismissed with prejudice as to GLA Collection Co., Inc., and said parties to pay their own costs.

DATED  Feb. 11, 2016

JUDGE, U.S. DISTRICT COURT
Signed By:
*David L. Bunning*
United States District Judge

TENDERED BY:

/s/William E. Smith, III
William E. Smith, III
KIGHTLINGER & GRAY, LLP
Attorney for GLA Collection Co., Inc.
Bonterra Building, Suite 200
3620 Blackiston Boulevard
New Albany, IN 47150
PHONE: (812) 949-2300
FAX: (812) 949-8556
E-MAIL: wsmith@k-glaw.com


DISTRIBUTION TO:

William E. Smith, III
Kightlinger & Gray, LLP
Bonterra Building, Suite 200
3620 Blackiston Boulevard
New Albany, IN 47150
wsmith@k-glaw.com

James H. Lawson
Lawson at Law, PLLC
115 S. Sherrin Ave., Suite 4
Louisville, KY 40207
james@kyclc.com